# EXHIBIT A

**Defendant:** American Freight, LLC
**Creditor ID:** AF053
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| American Freight, LLC | 303609 | $14,923.74 | 9/20/2024 | 10343553 | 7/30/2024 | $14,923.74 |
| | 303609 | $15,520.25 | 9/20/2024 | 10344174 | 7/31/2024 | $15,520.25 |
| | 303609 | $14,480.33 | 9/20/2024 | 10344651 | 8/1/2024 | $14,480.33 |
| | | $0.00 | 10/30/2024 | 10353553 | 8/22/2024 | $17,412.75 |
| | 303723 | $13,747.81 | 9/28/2024 | 10355461 | 8/27/2024 | $13,747.81 |
| | 303827 | $14,950.00 | 9/26/2024 | 10360513 | 9/9/2024 | $14,950.00 |
| | | $0.00 | 10/30/2024 | 10367962 | 9/27/2024 | $18,499.48 |
| **Total Transfers** | **7** | **$73,622.13** | | | | **$109,534.36** |